UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:26-cv-00289

———

**Patrick Tavin Hack,**
*Petitioner,*

v.

**Director, TDCJ-CID,**
*Respondent.*

———

## ORDER

This habeas action was referred to a magistrate judge, who issued a report recommending that the petition be dismissed without prejudice as an unauthorized second or successive petition and that a certificate of appealability be denied. Doc. 5 at 4. Petitioner objected to the report. Doc. 8.

The court reviews the objected-to portions of a magistrate judge's report and recommendation de novo. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). However, the "objections must specifically identify those findings objected to. Frivolous, conclusive, or general objections need not be considered by the district court." *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. Unit B 1982) (en banc), *overruled on other grounds by Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (en banc).

Here, petitioner's objections do not dispute that this is his second habeas action arising from the same conviction. Rather, the bulk of the objections simply argues the merits of his petition. *See* Doc. 8. But this court lacks jurisdiction to consider the merits of an unauthorized successive habeas petition. *See Rivers v. Lumpkin*, 99 F.4th 216, 223 (5th Cir. 2024). To bring a successive habeas action, petitioner must first seek authorization from the U.S. Court of Appeals for the Fifth Circuit. 28 U.S.C. § 2244(b)(3)(A). Beyond that argument, petitioner invites the court to transfer his petition to the Fifth Circuit rather than dismiss. The court, in its discretion, declines to do so.

- 1 -

Having reviewed the report de novo and being satisfied that there is no error, the court accepts its findings and recommendations. This case is dismissed without prejudice to petitioner's ability to seek authorization from the U.S. Court of Appeals for the Fifth Circuit to proceed with a second or successive habeas petition. The court sua sponte denies a certificate of appealability. Any pending motions are denied as moot.

*So ordered by the court on July 14, 2026.*

J. CAMPBELL BARKER
United States District Judge

- 2 -